UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

SEDRIC C. BLAKES

CRIMINAL ACTION

NO.: 15-00016-BAJ-SCR

## RULING AND ORDER

Before the Court is the **Motion for Release of Brady-Giglio Information (Doc. 18)** filed by Defendant Sedric C. Blakes, urging the Court to order the United States to "comb their records and produce any *Brady-Giglio* materials which may be hidden" and to "detail all formal and informal plea agreements made to cooperating witnesses." (*See id.* at p. 5).

The United States has filed a response, in which it declares that the United States has already provided to Blakes the interview reports for every potential witness, as well as any inconsistent statements by potential witnesses. (Doc. 20 at p. 1). The United States also clarifies that the United States has entered into a publicly available plea agreement with one Ms. Harriet Debra Clark, in Criminal No. 15-00010-JWD-SCR in this Court, and states that no other plea agreements with cooperating witnesses—formal or informal—have been entered to date. (*Id.* at p. 2).

1

Beyond the evidence that the United States has confirmed as already produced or publicly available, Blakes has failed to identify any specific materials which he claims have been withheld in violation of *Brady v. Maryland*, 373 U.S. 83 (1963), or *Giglio v. United States*, 405 U.S. 150 (1972). Blakes's motion merely seeks to remind the United States of its obligation not to violate a criminal defendant's constitutional rights, which need not be reiterated via Court order absent a specific allegation that the United States has actually failed to disclose material information in accordance with its duties.

Accordingly,

The **Motion for Release of Brady-Giglio Information (Doc. 18)** filed by Defendant Sedric C. Blakes is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 22nd day of June, 2015.

---

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**